NAPRO BIOTHERAPEUTICS, INC. (now known as Tapestry Pharmaceuticals, Inc.) and Maybe Pharma (USA) Inc. (now known as Faulding Pharmaceutical Co.), Plaintiffs–Appellees,

v.

MYLAN LABORATORIES INC., Mylan Pharmaceuticals, Inc. and UDL Laboratories, Inc., Defendants–Appellants.

No. 04–1170.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2004.

George C. Lombardi, Principal Attorney, James F. Hurst, Alice L. Riechers, David J. Doyle, of Counsel, Winston & Strawn, Kristen G. Cowan, of Counsel, Chicago, IL, Robert M. Linn, of Counsel, Cohen & Grigsby, Pittsburgh, PA, for Plaintiffs–Appellees.

E. Anthony Figg, Principal Attorney, Glenn E. Karta, Martin M. Zoltick, Sharon L. Davis, of Counsel, Rothwell, Figg, Washington, DC, for Defendants–Appellants.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.